AO91 (Rev. 8/01)  Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN**      DISTRICT OF      **TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Felix HERNANDEZ | CRIMINAL COMPLAINT<br><br>Case Number: 5:15mj1351 |

**F P D**
**$ 75.000 C/S;Prelim Hrg at 10 a.m. on**

**SEP 25 2015**

(Name and Address of Defendant)

United States Magistrate Court
L__ __ -SDTX
FILED

SEP 1 4 2015

David J. Bradley, Clerk
Laredo Division

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **September 09, 2015** in **Webb** County, in the **Southern** District of **Texas** **Felix HERNANDEZ** defendant(s), A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States

in violation of Title(s) **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Felix HERNANDEZ was apprehended near Laredo, Texas. After a brief interview it was determined that, Felix HERNANDEZ was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Felix HERNANDEZ was previously REMOVED from the United States on September 4, 2012 at Laredo, Texas. There is no record that Felix HERNANDEZ has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/
Signature of Complainant

Uriel Lopez
Printed Name of Complainant

Sworn to before one and signed in my presence,

September 14, 2015      at      Laredo, Texas
Date                                                                                City and State

Diana Song Quiroga      , U.S. Magistrate Judge
Name and Title of Judicial Officer                                                   Signature of Judicial Officer